UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:15CR520 JAR |
| PARRISH BROWN, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge David D. Noce (ECF No. 46). On April 15, 2016, Defendant Brown filed the Motion to Suppress Statements and Tangible Evidence (ECF No. 34). Magistrate Judge Noce recommends the Court deny the Motion to Suppress Statements and Tangible Evidence.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David D. Noce, who filed an Order and Recommendation on July 8, 2016 (ECF No. 46). Defendant Brown filed an objection to the Order and Recommendation on July 8, 2016 (ECF No. 46). Defendant Brown summarily states that he objects to each and every adverse ruling, decision, finding and order drawn by Magistrate Judge Noce, but fails to provide any countervailing rationale for his position. The Court finds that Defendant Brown's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Suppress Statements and Tangible Evidence (ECF No. 34) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [46] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Motion to Suppress Statements and Tangible Evidence [34] is **DENIED**.

Dated this 22nd day of July, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE